IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER MONROE,

        Plaintiff,                      No. CIV S-07-2557 MCE GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.              ORDER

_____/

        On April 17, 2007, the court recommended that this action be dismissed for plaintiff's failure to file an amended complaint. On May 7, 2007, plaintiff filed a request for a 90 day extension of time to file an amended complaint.

        The court will vacate the findings and recommendations and grant plaintiff 30 days to file an amended complaint. No further extensions of time will be granted but for a showing of substantial cause.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The April 17, 2007, findings and recommendations are vacated;

/////

/////

/////

1

1   2.  Plaintiff is granted thirty days from the date of this order to file an amended
2 complaint; failure to comply with this order will result in the recommendation of dismissal of
3 this action.
4 DATED:  06/06/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

mon2557.ord