IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER MONROE,

      Plaintiff,                No. CIV S-07-2557 MCE GGH P

      vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.

_____/      ORDER

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is the amended complaint filed July 9, 2008.

      The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Service is appropriate for the following defendants: Schwarzenegger, Cates, Spitzer and Felker.

      2. The Clerk of the Court shall send plaintiff 4 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed July 9, 2008.

      3. Within thirty days from the date of this order, plaintiff shall complete the

1 | attached Notice of Submission of Documents and submit the following documents to the court:
2 |     a.  The completed Notice of Submission of Documents;
3 |     b.  One completed summons;
4 |     c.  One completed USM-285 form for each defendant listed in number 3
5 |     above; and
6 |     d.  Five copies of the endorsed amended complaint filed July 9, 2008.
7 |    4.  Plaintiff need not attempt service on defendants and need not request waiver of
8 | service.  Upon receipt of the above-described documents, the court will direct the United States
9 | Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
10 | without payment of costs.
11 | DATED: 07/22/08                                        /s/ Gregory G. Hollows
12 |                                                      UNITED STATES MAGISTRATE JUDGE
13 |
14 | mon2557.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER MONROE,

     Plaintiff,                              No. CIV S-07-2557 MCE GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

                                      NOTICE OF SUBMISSION

     Defendants.                OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____ completed summons form

        ____ completed USM-285 forms

        ____ copies of the _____
                           Complaint/Amended Complaint

DATED:

                                        _____
                                        Plaintiff