1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    CHRISTOPHER MONROE,

11          Plaintiff,                    No. 2:07-cv-02557-ATG (PC)

12      vs.

13    ARNOLD SCHWARZENEGGER, et al.,

14          Defendants.               ORDER

15    _____/

16          On Oct. 15, 2008 and Oct 17, 2008, defendants filed motions to dismiss pursuant

17    to Federal Rule of Civil Procedure 12(b).  Plaintiff has not opposed these motions.

18          Local Rule 78-230(m) provides in part:  "Failure of the responding party to file

19    written opposition or to file a statement of no opposition may be deemed a waiver of any

20    opposition to the granting of the motion . . . ."  On Aug. 22, 2008, plaintiff was advised of the

21    requirements for filing an opposition to the motion and that failure to oppose such a motion may

22    be deemed a waiver of opposition to the motion.

23          Local Rule 11-110 provides that failure to comply with the Local Rules "may be

24    grounds for imposition of any and all sanctions authorized by statute or Rule or within the

25    inherent power of the Court."  In the order filed Aug. 22, 2008, plaintiff was advised

26    /////

1

1   that failure to comply with the Local Rules may result in the imposition of sanctions including, but

2   not limited to, dismissal of the action or entry of default.

3            Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

4   date of this order, plaintiff shall file an opposition, if any he has, to the motion to dismiss or a

5   statement of non-opposition.  Failure to comply with this order will result in this action being

6   dismissed pursuant Federal Rule of Civil Procedure 41(b).

7   DATED: 12/9/08

8                              /s/ Alfred T. Goodwin

9                             _____
                             ALFRED T. GOODWIN.
                             United States Circuit Judge

10

11

12

13

/ .46o

14

15

16

17

18

19

20

21

22

23

24

25

26