IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER MONROE,

   Plaintiff,      No. 2:07-cv-02557-ATG

 vs.

ARNOLD SCHWARZENEGGER, et al.,

   Defendants.    ORDER

_____/

   Plaintiff's application for extension of time to February 9, 2009, to file an

Opposition to Defendants' Motion to Dismiss is GRANTED.


DATED: 1/7/09

            /s/ Alfred T. Goodwin
            _____
            ALFRED T. GOODWIN.
            United States Circuit Judge